Printed on: 12/31/2020
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 19-28370 (JNP)**

Justice Watts
100 Golden Meadow Lane
Sicklerville, NJ  08081

Monthly Payment: $1,238.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,200.00 | 02/21/2020 | $1,200.00 | 03/03/2020 | $1,200.00 | 04/15/2020 | $1,200.00 |
| 06/15/2020 | $1,238.00 | 07/21/2020 | $1,238.00 | 08/19/2020 | $1,238.00 | 09/24/2020 | $1,238.00 |
| 11/02/2020 | $1,238.00 | 12/07/2020 | $1,238.00 | 12/28/2020 | $1,238.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JUSTICE WATTS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | AUTO LEASE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $1,366.67 | $0.00 | $1,366.67 | $0.00 |
| 3 | CREDIT FIRST, N.A. | 33 | $1,112.50 | $0.00 | $1,112.50 | $0.00 |
| 4 | FREEDOM MORTGAGE CORPORATION | 24 | $46,848.80 | $6,488.73 | $40,360.07 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $6,779.16 | $0.00 | $6,779.16 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,893.33 | $0.00 | $1,893.33 | $0.00 |
| 7 | MCCARTHY, BURGESS & WOLFF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | POWERS KIRN LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ROBERT MANCHEL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SIMONS AGENCY INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCB/CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SYNCB/HOME DSGN FLOORC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | THE BANK OF MISSOURI | 33 | $2,374.06 | $0.00 | $2,374.06 | $0.00 |
| 17 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Robert Manchel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 33 | $1,169.58 | $0.00 | $1,169.58 | $0.00 |
| 21 | CAPITAL ONE BANK USA, N.A. | 33 | $616.31 | $0.00 | $616.31 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $2,383.79 | $0.00 | $2,383.79 | $0.00 |
| 23 | FREEDOM MORTGAGE CORPORATION | 13 | $681.00 | $681.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 6.00 | $0.00 |
| 04/01/2020 | Paid to Date | $7,180.00 |
| 05/01/2020 | 53.00 | $1,238.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,466.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,268.02 |
| Arrearages: | $1,238.00 |
| Attorney: | ROBERT MANCHEL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**