|   |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053<br>Attorney for Debtor<br>RM-1141 |

In Re:

    Justice Watts

Case No. 19-28370JNP

Judge:

Chapter 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

    **X**    **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

    **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. \_\_\_\_\_ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____, at _____ a.m.

                      OR

    \_\_\_\_ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

                      OR

    __X__ Certification of Default filed by <u>Freedom Mortgage Corporation</u>, creditor. I am requesting that a hearing be scheduled on this matter.

                      OR

    \_\_\_\_\_ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

__X__ Other: I made a payment of $3,300 on February 24, 2021 which is not reflected on the payment history. In addition, I made a payment of $3,218.66 which should be received and posted by 3/16/2021. I will cure the remaining post-petition mortgage arrears by March 31, 2021 and resume regular mortgage payments as of April 2021. I respectfully request that the movant's motion be denied so that I may cure the arrears and continue with my bankruptcy plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 3/11/2021                                              /s/ Justice Watts
                                                             Justice Watts, Debtor