Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–28370–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justice Watts
   aka Jerome Watts, dba Two Kings
   Trucking LLC
   100 Golden Meadow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–6379

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              April 13, 2021
Time:             11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*39* – Response to (related document:38 Creditor's Certification of Default (related document:26 Motion for Relief from Stay re: 100 GOLDEN MEADOW LANE, SICKLERVILLE, NJ 08081. Fee Amount $ 181. filed by Creditor FREEDOM MORTGAGE CORPORATION, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 03/18/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Robert Manchel on behalf of Justice Watts. (Manchel, Robert)

and transact such other business as may properly come before the meeting.


Dated: March 17, 2021
JAN: lgr

                                                      Jeanne Naughton
                                                      Clerk