UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Freedom Mortgage Corporation

In Re:

Justice Watts,

Debtor.

Case No.:       19-28370-JNP

Chapter:        13

Hearing Date:   4/13/2021

Judge:          Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 38)

_____

Date: 4/9/2021                              /s/ Denise Carlon
                                            Signature

*rev.8/1/15*