Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–28370–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justice Watts
   aka Jerome Watts, dba Two Kings
   Trucking LLC
   100 Golden Meadow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–6379

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 1/17/23 at 11:00 AM

to consider and act upon the following:

*53* − Response to (related document:52 Creditor's Certification of Default (related document:46 Order (Generic)) filed by Jason Brett Schwartz on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage−TT−V. Objection deadline is 12/27/2022. (Attachments: # 1 Exhibit A − Order Approving Most Recent Stipulation Resolving Post−Petition Default (ECF46) # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage−TT−V) filed by Robert Manchel on behalf of Justice Watts. (Manchel, Robert)

Dated: 12/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court