| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053<br>Attorney for Debtor<br>RM-1141 |

In Re:

    Justice Watts

Case No. 19-28370JNP

Judge:

Chapter 13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

### CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

###    X   TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. \_\_\_\_\_ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____, at _____ a.m.

                         OR

    \_\_\_\_ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

                         OR

    \_\_\_\_ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

                         OR

    X   Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2.    I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

                       OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

                       OR

**X** Other: Recently I made a $4,000 payment to the trustee. I can cure the arrears by 3/1/2023. I respectfully request that the court allow me to cure the arrears and allow my plan to continue.

3.    This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.    I certify under penalty of perjury that the foregoing is true and correct.

Date: 1/11/2023                                    /s/ Justice Watts
                                                                 Justice Watts, Debtor