Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 19−28370−JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justice Watts
   aka Jerome Watts, dba Two Kings
   Trucking LLC
   100 Golden Meadow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6379

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/17/23 at 10:00 AM

to consider and act upon the following:

*58 −* Response to (related document:56 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/12/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Robert Manchel on behalf of Justice Watts. (Manchel, Robert)

Dated: 1/12/23

                                                                Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-28370-JNP
Justice Watts  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jan 12, 2023  Form ID: ntchrgbk  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Justice Watts, 100 Golden Meadow Lane, Sicklerville, NJ 08081-9393 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Melanie Carmela Grimes
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com

Robert Manchel
    on behalf of Debtor Justice Watts manchellaw@yahoo.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 11