Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28370−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justice Watts
   aka Jerome Watts, dba Two Kings
   Trucking LLC
   100 Golden Meadow Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6379

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 22, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-28370-JNP
Justice Watts                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Feb 22, 2023    Form ID: 148    Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justice Watts, 100 Golden Meadow Lane, Sicklerville, NJ 08081-9393 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 518480906 | + | Freedom Mortgage Corporation, Powers Kirn LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518480908 | + | Robert Manchel, 1 Eves Dr., Suite 111, Marlton, NJ 08053-3125 |
| 519682901 | + | U.S. Bank National Association, not in, individual capacity but as trustee for, RMTP Trust, Series 2021 Cottage-TT-V, c/o Friedman Vartolo LLP, 1325 Franklin Avenue Garden City, NY 11530-1666 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518575899 | | EDI: CRFRSTNA.COM | Feb 23 2023 01:44:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 518552965 | + | EDI: AIS.COM | Feb 23 2023 01:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518480899 | + | EDI: CAPITALONE.COM | Feb 23 2023 01:44:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518480900 | + | EDI: CRFRSTNA.COM | Feb 23 2023 01:44:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 518587172 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 22 2023 20:48:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518480901 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 22 2023 20:48:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 518480902 | | EDI: IRS.COM | Feb 23 2023 01:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518510031 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 21:04:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518480903 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 20:53:14 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 518480904 | + | Email/Text: bknotices@mbandw.com | Feb 22 2023 20:49:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Cleveland, OH 44146-1807 |
| 518480905 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 20:49:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 518480907 | | Email/Text: signed.order@pfwattorneys.com | Feb 22 2023 20:48:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518480909 | + | Email/Text: clientservices@simonsagency.com | Feb 22 2023 20:49:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518480910 | + | EDI: RMSC.COM | Feb 23 2023 01:44:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518480911 | + | EDI: RMSC.COM | Feb 23 2023 01:44:00 | Syncb/home Dsgn Floorc, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518483406 | + | EDI: RMSC.COM | Feb 23 2023 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518480912 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 22 2023 20:48:00 | Tbom/atls/fortiva Thd, Pob 105555, Atlanta, GA 30348-5555 |
| 518564037 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 22 2023 20:48:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518480898 | | Auto lease |
| 519682902 | *+ | U.S. Bank National Association, not in, individual capacity but as trustee for, RMTP Trust, Series 2021 Cottage-TT-V, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Garden City, NY 11530-1666 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Feb 22, 2023 Form ID: 148 Total Noticed: 27

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Melanie Carmela Grimes
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com

Robert Manchel
    on behalf of Debtor Justice Watts manchellaw@yahoo.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 11