UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert Manchel
Law Offices of Robert Manchel
Attorney For Debtor(s)
Executive Center of Greentree
1 Eves Drive, Suite 111
Marlton, NJ. 08053
(856) 797-1500

In Re:

Justice Watts

Case No.:    19-28370JNP

Adv. No.:    _____

Chapter:    13

Hearing Date:    ____3/28/23_____

Judge:    _____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Robert Manchel,

    X    am the attorney for: ___debtor(s)_

    ☐    am self-represented

    Phone number: 856 797-1500_

    Email address: _robertmanchel@gmail.com

2. I request an adjournment of the following hearing:

    Matter:    Motion to Reinstate Case

    Current hearing date and time: _3/28/2023

    New date requested: 4/11/2023_

Reason for adjournment request: The debtor must resolve the mortgage issues prior to reinstating the case._

_

3. I request an adjournment of confirmation:

Current confirmation date and time:

New date requested: _

Reason for adjournment request:

Confirmation has been adjourned  previous times

Trustee payments are current through

The meeting of creditors under § 341(a) of the Code        was conducted  ☐ was not conducted

4. Consent to adjournment:

X  I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below): _____
_____
_____

I certify under penalty of perjury that the foregoing is true.

Date: _3/24/23_                    /s/Robert Manchel_
                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 4/11/2023 at 11am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*