| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br><br>In Re:<br><br>Justice Watts<br>aka Jerome Watts<br>dba Two Kings Trucking LLC,<br><br>Debtor | Order Filed on April 12, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-28370-JNP<br><br>Chapter: 13<br><br>Hearing Date: February 7, 2023<br><br>Hon. Judge: Andrew B. Altenburg, Jr. |

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 12, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant: Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: Robert Manchel, Esquire
Property (Collateral): 100 Golden Meadow Ln, Sicklerville, NJ 08081

For good cause shown, it is **ORDERED** that Applicant's Certification is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is due for **9** months, from **07/01/2022** to **03/01/2023**.

   ☒ The Debtor is due for **6** payments at **$3,141.81** per month.

   ☒ The Debtor is due for **3** payments at **$3,242.73** per month.

   ☒ The Debtor is due for **$350.00** in attorney's fees and costs.

   ☒ Applicant acknowledges suspense funds in the amount of **$3,051.31.**

   **Total Arrearages Due: $25,877.74**

2. Debtor must cure all post-petition arrearages, as follows:

3. ☒ Immediate payment was made in the amount of **$12,150.00** on February 16, 2023.

4. ☒ Beginning on **April 1, 2023** regular monthly mortgage payments shall continue to be made.

5. ☒ Beginning on **April 15, 2023** additional monthly cure payments shall be made in the amount of **$2,287.96** for **5** months.

6. ☒ Debtors shall tender an additional monthly cure payment of **$2,287.94** on **September 15, 2023.**

7. ☐ The amount of _____ shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

8. Payments to the Secured Creditor shall be made to the following address:

    Payments:    Rushmore Loan Management Services, LLC
                                      P.O. Box 52708
                                      Irvine, CA 92619-2708

9. In the event of default:

    ☒    Should the Debtor fail to make any of the above captioned payments, if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30) days late counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

    ☒    In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

    ☒    This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay

10. Award of Attorney's Fees:

    The Applicant is awarded attorney's fees of **$350.00** and costs of **$0.00.**
        The fees and costs are payable:
            ☒    Attorney's fees and costs have been included in the Consent Order.
            ☐    Through the Chapter 13 plan. The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid

        as an administrative claim.

- ☐ To the Secured Creditor within _____ days
- ☐ Attorney's fees are not awarded.
- ☐ Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

4/4/23
Robert Manchel, Esq.
*Attorney for Debtor*

/s/ Jason Schwartz, Esq.
Jason Schwartz, Esq.
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-28370-JNP
Justice Watts                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Justice Watts, 100 Golden Meadow Lane, Sicklerville, NJ 08081-9393 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

| | |
|---|---|
| | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Melanie Carmela Grimes | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Robert Manchel | |
| | on behalf of Debtor Justice Watts manchellaw@yahoo.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | |
| | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |

TOTAL: 11