Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-28370 (JNP)

Justice Watts  
100 Golden Meadow Lane  
Sicklerville, NJ  08081

Monthly Payment: $1,328.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/18/2023 | $9,400.00 | 05/01/2023 | $1,249.00 | 06/12/2023 | $1,249.00 | 07/12/2023 | $1,249.00 |
| 08/17/2023 | $1,328.00 | 09/18/2023 | $1,328.00 | 10/17/2023 | $1,328.00 | 11/17/2023 | $1,328.00 |
| 12/18/2023 | $1,328.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JUSTICE WATTS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL, ESQUIRE | 13 | $995.00 | $995.00 | $0.00 | $995.00 |
| 1 | AUTO LEASE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $1,366.67 | $0.00 | $1,366.67 | $0.00 |
| 3 | CREDIT FIRST, N.A. | 33 | $1,112.50 | $0.00 | $1,112.50 | $0.00 |
| 4 | U.S. BANK, N.A. | 24 | $46,848.80 | $46,580.29 | $268.51 | $19,347.94 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $6,779.16 | $0.00 | $6,779.16 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,893.33 | $0.00 | $1,893.33 | $0.00 |
| 7 | MCCARTHY, BURGESS & WOLFF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | POWERS KIRN LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ROBERT MANCHEL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SIMONS AGENCY INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCB/CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SYNCB/HOME DSGN FLOORC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | THE BANK OF MISSOURI | 33 | $2,374.06 | $0.00 | $2,374.06 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Robert Manchel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 33 | $1,169.58 | $0.00 | $1,169.58 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $616.31 | $0.00 | $616.31 | $0.00 |
| 22 | CAPITAL ONE, N.A. | 33 | $2,383.79 | $0.00 | $2,383.79 | $0.00 |
| 23 | FREEDOM MORTGAGE CORPORATION | 13 | $681.00 | $681.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | FREEDOM MORTGAGE CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 6.00 | $0.00 |
| 04/01/2020 | Paid to Date | $7,180.00 |
| 05/01/2020 | 12.00 | $1,238.00 |
| 05/01/2021 | 27.00 | $1,249.00 |
| 08/01/2023 | 14.00 | $1,328.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $19,787.00 |
| Total paid to creditors this period: | $20,342.94 |
| Undistributed Funds on Hand: | $1,200.51 |
| Arrearages: | $2,905.00 |
| Attorney: | ROBERT MANCHEL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**