Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–28370–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Justice Watts
    aka Jerome Watts, dba Two Kings
    Trucking LLC
    100 Golden Meadow Lane
    Sicklerville, NJ 08081

Social Security No.:
    xxx–xx–6379

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                August 16, 2024
Time:                10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*87* – Response to (related document:86 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 07/29/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Robert Manchel on behalf of Justice Watts. (Manchel, Robert)

and transact such other business as may properly come before the meeting.


Dated: July 23, 2024
JAN: kvr

                                        Jeanne Naughton
                                        Clerk