LAW OFFICES

## ROBERT MANCHEL

EXECUTIVE CENTER OF GREENTREE
ONE EVES DRIVE, SUITE 111
MARLTON, NJ  08053
(856) 797-1500
FAX (856) 797-1534

MEMBER OF NJ & PA BARS

_____

10/22/2024

## INVOICE
## SUPPLEMENTAL FEE APPLICATION

RE: Justice Watts
CASE NO. 19-28370JNP

| DATE(S) | SERVICES RENDERED | FEE |
|---|---|---|
| 7/15/2024 – 10/18/2024 | Defense of the Trustee's Motion to Dismiss | $400 |

TOTAL SUPPLEMENTAL FEE APPLICATION =                                    $400

Date:  10/22/2024                                    */s/ Robert Manchel, Esquire*
                                                                        Robert Manchel, Esquire