Certificate Number: 20668-NJ-DE-039090437

Bankruptcy Case Number: 19-28370



20668-NJ-DE-039090437

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 20, 2024</u>, at <u>11:51</u> o'clock <u>AM EST</u>, <u>Justice Watts</u> completed a course on personal financial management given <u>by internet</u> by <u>Andrew Finberg</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   November 21, 2024              By:    /s/Consuelo v Gerhardt

                                       Name:  Consuelo v Gerhardt

                                       Title: Financial Educator